UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:09-00070 |
| | ) CHIEF JUDGE HAYNES |
| ASHLEY LARON GOOCH | ) |

## MOTION TO MODIFY AGREED ORDER

Ashley Laron Gooch, through undersigned counsel, moves this Honorable Court to modify the "Agreed" Order (DE 67) submitted by the parties to the Court. At the January 24, 2014, hearing upon a supervised release violation petition (DE 56), undersigned counsel announced to the Court that the parties had, pursuant to the Court's acceptance, reached an agreement, and the proposed agreement was announced to the Court. The Court accepted the agreement, and an Agreed Order was submitted to the Court.

Upon inquiry by undersigned counsel to the United States Probation Officer of a matter relating to the execution of the "Agreed" Order, undersigned counsel became aware of the misunderstanding as to the terms of the agreement. Because of undersigned counsel's misunderstanding of the agreement, she conveyed erroneous information to Ashley Laron Gooch. Mr. Gooch has advised undersigned counsel that he did not intentionally or knowingly enter into the "agreement" but did so after relying upon her erroneous advice.

For the foregoing reason, it is respectfully requested that a hearing be had and an order enter allowing modification of the "Agreed" Order. (DE 67).

*[Handwritten annotation in right margin:]* ORDER. The matter is granted and the hearing is set for February 21, 2014 at 9:30 a.m. on the parties' submission on the modification of the Agreed Order. /s/ [signature] 2-7-14