IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 3:09-00070 Chief Judge Haynes |
| v. | ) ) | |
| ASHLEY LARON GOOCH, | ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's motion to set a release date (Docket Entry No. 76) that is unopposed. Id. at 2. Upon the parties' agreement, the Court ordered Defendant to participate and successfully complete a residential reentry center placement not to exceed seven (7) months and thereafter return to supervision (Docket Entry No. 67). By a subsequent Agreed Order (Docket Entry No. 73), the seven (7) month period was to be reduced by the time the Defendant had been incarcerated.

According to the motion, the first available date for placement in the residential reentry center is August 2014 that is beyond the maximum time period of seven (7) months ordered by this Court. The Defendant seeks a release date of Friday, July 18, 2014 that the United States does not oppose.

Accordingly, it is **ORDERED** that the Defendant shall be released from the Marshal's custody on July 18, 2014.

It is so **ORDERED**.

ENTERED this the ___ day of May, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court